UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
(Eastern Division – Riverside)

| | |
|---|---|
| MANPING OUYANG<br><br>Plaintiff,<br><br>v.<br><br>KIKA SCOTT<br>*Acting Director of U.S. Citizenship and Immigration Services*,<br><br>Defendant. | No. 5:23-cv-02550-KK-DTB<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)**<br><br>Hon. Kenly Kiya Kato<br>United States District Judge |

Based on the parties' stipulation, IT IS HERBY ORDERED: the Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED

Dated: June 10, 2025

_____
Hon. Kenly Kiya Kato
United States District Court Judge

1